UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRIFFIN HEALTH SERVICES CORPORATION D/B/A GRIFFIN HOSPITAL; GRIFFIN HOSPITAL<br><br>*Plaintiffs*,<br><br>v.<br><br>NOVO NORDISK, INC.;<br>NOVO NORDISK U.S. COMMERCIAL HOLDINGS, INC.;<br>NOVO NORDISK U.S. HOLDINGS, INC.;<br>NOVO NORDISK PHARMACEUTICAL INDUSTRIES, LP;<br>NOVO NORDISK PHARMACEUTICAL INDUSTRIES, INC.<br><br>*Defendants*. | Civil Action No. 24-1045 |

## NOTICE OF PENDING MOTION

Pursuant to the Court's Standing Order on Removed Cases, Defendant Novo Nordisk, Inc. states that there are no motion currently pending in this matter.

Dated: June 13, 2024

                                              Respectfully submitted,

                                              */s/Lesley Chuang*
                                              Lesley P. Chuang, ct29468
                                              DLA PIPER LLP (US)
                                              33 Arch Street, 26th Floor
                                              Boston, MA 02110
                                              (617) 406-6000 (telephone)
                                              (617) 406-6100 (facsimile)
                                              lesley.chuang@us.dlapiper.com

>Christopher G. Campbell, *pro hac vice forthcoming*
>Emily Marshall, *pro hac vice forthcoming*
>DLA PIPER LLP (US)
>1201 West Peachtree St. NW
>Suite 2800
>Atlanta, GA 30309-3450
>(404) 736-7800 (telephone)
>(404) 682-7800 (facsimile)
>christopher.campbell@us.dlapiper.com
>emily.marshall@us.dlapiper.com
>
>*Attorneys for Defendant Novo Nordisk Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2024, a true and correct copy of the foregoing was served on counsel of record via first class mail at the following address:

David J. Robertson
Heidell, Pittoni, Murphy & Bach, LLP
6 Corporate Drive, Suite 840
Shelton, CT 06484

>*/s/Lesley Chuang*
>Lesley P. Chuang