## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRIFFIN HEALTH SERVICES CORPORATION D/B/A GRIFFIN HOSPITAL; GRIFFIN HOSPITAL<br><br>*Plaintiffs*,<br><br>v.<br><br>NOVO NORDISK, INC.;<br>NOVO NORDISK U.S. COMMERCIAL HOLDINGS, INC.;<br>NOVO NORDISK U.S. HOLDINGS, INC.;<br>NOVO NORDISK PHARMACEUTICAL INDUSTRIES, LP;<br>NOVO NORDISK PHARMACEUTICAL INDUSTRIES, INC.<br><br>*Defendants*. | Civil Action No. 24-1045 |

## **DISCLOSURE**

Pursuant to the Court's Standing Order on Removed Cases, Defendant Novo Nordisk, Inc. states that it received a copy of Plaintiffs' summons and complaint in the state court action on or about May 16, 2024. As of June 13, 2024, no other defendant has been served.

Dated: June 13, 2024

                                                 Respectfully submitted,

                                                 */s/Lesley Chuang*
                                                 Lesley P. Chuang, ct29468
                                                 DLA PIPER LLP (US)
                                                 33 Arch Street, 26th Floor
                                                 Boston, MA 02110
                                                 (617) 406-6000 (telephone)
                                                 (617) 406-6100 (facsimile)
                                                 lesley.chuang@us.dlapiper.com

      Christopher G. Campbell, *pro hac vice forthcoming*
      Emily Marshall, *pro hac vice forthcoming*
      DLA PIPER LLP (US)
      1201 West Peachtree St. NW
      Suite 2800
      Atlanta, GA 30309-3450
      (404) 736-7800 (telephone)
      (404) 682-7800 (facsimile)
      christopher.campbell@us.dlapiper.com
      emily.marshall@us.dlapiper.com

      *Attorneys for Defendant Novo Nordisk Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2024, a true and correct copy of the foregoing was served on counsel of record via first class mail at the following address:

David J. Robertson
Heidell, Pittoni, Murphy & Bach, LLP
6 Corporate Drive, Suite 840
Shelton, CT 06484

      */s/Lesley Chuang*
      Lesley P. Chuang