IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRIFFIN HEALTH SERVICES CORPORATION D/B/A GRIFFIN HOSPITAL; GRIFFIN HOSPITAL<br><br>*Plaintiffs*,<br><br>v.<br><br>NOVO NORDISK INC.,<br><br>*Defendants*. | Civil Action No. 3:24-CV-01045-JCH |

## JOINT STATUS REPORT

In accordance with the Court's Orders, the parties submit the following Joint Status Report.

**A. Order on Motion to Compel**

On August 25, 2025, the Court held a hearing and issued an order granting in part and denying in part Defendant Novo Nordisk Inc.'s motion to compel discovery. (ECF No. 96). While Local Rule 37(d) provides that the Plaintiff's deadline to comply with this Order is September 8, 2025, the parties have met and conferred and agreed to following deadlines:

- Plaintiffs' responses to interrogatories and discovery requests under the Order are due on September 8, 2025; and

- Plaintiffs will produce the witnesses referenced in the Order on the following dates:
    - Patrick Charmel will appear for deposition on September 23, 2025
    - Kathleen Martin will appear for deposition on September 24, 2025
    - Lisa Jaser will appear for deposition on September 29, 2025.

**B. Other Discovery**

The parties are working cooperatively to schedule the depositions of Novo Nordisk witnesses,

Mike Mazzatto and George Jordan, at a mutually convenient time and location.

### C. Updated Case Schedule

On August 28, 2025, the Court granted in part Plaintiffs' motion for extension of time, extending the discovery deadline by 45 days and related dates accordingly, which the parties interpret to set the following deadlines:

- All discovery will be completed (not propounded) by October 15, 2025;

- Any motion related to preclusion of an expert or dispositive motions must be filed by December 1, 2025; and

- A joint trial memorandum in the form described in the attached to the Court's original scheduling order (ECF No. 42) will be filed on or before December 1, 2025, or 30 days after ruling on summary judgment motion, whichever is later.

Plaintiffs

By: /s/ David Robertson

Date: September 3, 2025

Defendant

By: /s/ Christopher Campbell

Date: September 3, 2025