IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRIFFIN HEALTH SERVICES CORPORATION D/B/A GRIFFIN HOSPITAL; GRIFFIN HOSPITAL<br><br>*Plaintiffs*,<br><br>v.<br><br>NOVO NORDISK INC.,<br><br>*Defendants*. | Civil Action No. 3:24-CV-01045-JCH |

## JOINT STATUS REPORT

In accordance with the Court's Orders, the parties submit the following Joint Status Report.

A. On August 28, 2025, the Court granted in part Plaintiffs' motion for extension of time, extending all deadlines by 45 days. Pursuant to this Order, discovery closed on October 15, 2025, and the deadline to file dispositive motions or motions to preclude experts was extended to December 1, 2025. (ECF No. 101).

B. On November 26, Plaintiffs filed a Motion to Extend Time to Disclose Expert Witnesses. (ECF No. 111). Novo Nordisk's deadline to respond to this Motion is December 17, 2025.

C. On December 1, 2025, Novo Nordisk filed a Motion for Summary Judgment. (ECF No. 113). Plaintiffs' deadline to respond to this Motion is December 22, 2025. Defendants' deadline to reply will be 14-days after Plaintiffs' Opposition filing (or January 5, 2026).

Plaintiffs

By: */s/ David Robertson*
Date: September 2, 2025

Defendant

By: */s/ Sarah Carrier*
Date: December 2, 2025