**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GRIFFIN HEALTH SERVICES CORPORATION D/B/A GRIFFIN HOSPITAL; GRIFFIN HOSPITAL<br><br>*Plaintiffs*,<br><br>v.<br><br>NOVO NORDISK INC.,<br><br>*Defendants*. | Civil Action No. 3:24-CV-01045-JCH<br><br>AUGUST 10, 2026 |

**Plaintiffs' Motion For an Extension of Time to the Deadlines Set Out by the Scheduling <u>Order and Pretrial Order (ECF 42)</u>**

The plaintiffs, Griffin Health Services Corporation d/b/a Griffin Hospital and Griffin Hospital, hereby seek leave of the Court under Federal Rule of Civil Procedure 6(b) and Local Rule 7(b) for an extension of time of sixty (60) days to comply with the remaining deadlines concerning the marking of exhibits and the preparing the joint pre-trial report as set forth in the scheduling order and the addended pretrial order. ECF 42. Good cause for this request is set forth below, and the defendant will not be prejudiced by the granting of this extension. A trial date has not yet been set. On August 6, 2026, plaintiffs inquired of the defense counsel regarding whether they would consent to the extension, and provided the reasons expressed herein. As of the date of the filing of this motion, defense counsel has not responded as to whether they consent or do not consent to the extension.

L. R. Civ. 7(b) requires a particularized showing that a deadline cannot be met despite due diligence. This is true here for two principal reasons. First, the court ruled on the defendant's summary judgment motions on July 23, 2026, granting in part and denying in part the summary judgment. Following the ruling on July 31, the defendant moved for reconsideration of the Court's summary judgment ruling. The plaintiffs are currently engaged in responding to that motion. Given the motion, there remains some uncertainty as to the finality of the summary judgment ruling that will not be resolved until the motion has been adjudicated.

Additionally, two of the plaintiffs' lawyers have pre-planned vacations taking place on separate weeks over the following two weeks. These plans were made prior to the Court's ruling on the defendant's summary judgment motions, which triggered the thirty-day period for the substantial work required to comply with completing the pretrial memorandum and associated deadlines, such as the exchange of trial exhibits a week prior.[1] These deadlines are more than three days away and this motion is thus timely under L. Civ. R. 7(b).

Despite their efforts taken to date, plaintiffs' counsel will require additional time to complete the work needed to meet the deadlines. Under these circumstances, counsel believes that good cause exists for this motion.

For all of the above reasons, the plaintiffs seek the additional time requested herein.

THE PLAINTIFFS
GRIFFIN HEALTH SERVICES CORPORATION
AND GRIFFIN HOSPITAL

/s/ CT 32056

By: ______________________________

DAVID A. DAYYA (CT 32056)

[1] August 23rd and 16th, respectfully. There is no trial date presently scheduled.

HEIDELL, PITTONI, MURPHY & BACH, LLP
6 Corporate Drive, Ste 840
Shelton, CT 06484
Telephone: 203-382-9700
Facsimile: 203-382-9730
E-mail: drobertson@hpmb.com

**CERTIFICATE OF SERVICE**

The undersigned counsel for the plaintiffs hereby certifies that on this 10th day of August, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties of record listed below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ CT 32056

DAVID A. DAYYA (CT 03674)
HEIDELL, PITTONI, MURPHY
& BACH, LLP
6 Corporate Drive, Ste 840
Shelton, CT 06484
Telephone: 203-382-9700
Facsimile: 203-382-9730
E-mail: drobertson@hpmb.com